**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ABDULLAH SAHAK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1495-SLP |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Petitioner filed his Petition for Writ of Habeas Corpus on June 22, 2026 [Doc. No. 1]. On July 28, 2026, Respondents filed a Response. [Doc. No. 8]. Subsequently, Petitioner filed his Reply. [Doc. No. 9]. United States Magistrate Judge Amanda Maxfield entered a Report and Recommendation [Doc. No. 11] (R&R) recommending that the Court dismiss the Petition as moot because Petitioner is "currently subject to mandatory detention." [Doc. No. 11] at 2.

The Magistrate Judge advised the parties of their right to object to the R&R and directed any objections to be filed on or before October 14, 2026. *Id.* at 9. The Magistrate Judge further advised the parties that any failure to object would waive their right to appellate review of the factual and legal issues addressed in the R&R. To date, no objection to the R&R has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the parties have waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 11] is ADOPTED in its entirety. Petitioner's Petition [Doc. No. 1] is DISMISSED AS MOOT.

IT IS SO ORDERED this 15th day of October, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**